IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| TRAVIS NORMAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| MEARL JUSTICE, T.J. COLLINS, ST. ) | CIVIL NO. 06-134-WDS |
| CLAIR COUNTY, ILLINOIS, UNITED ) | |
| STATES MARSHALS SERV ICE, ) | |
| DEPARTMENT OF JUSTICE, and ) | |
| ATTORNEY GENERAL, ) | |
| ) | |
| Defendants. ) | |

## JUDGMENT

This action came before the Court on Plaintiff's petition for writ of mandamus. On March 8, 2006, the Court ordered Plaintiff to pay the $250 filing fee for the action or, in the alternative, to file a motion for leave to proceed *in forma pauperis* within 30 days. Despite correspondence from the clerk and the Court's warning that the case would be closed, *see* FED.R.CIV.P. 41(b); *see generally Ladien v. Astrachan,* 128 F.3d 1051 (7th Cir. 1997)*; Johnson v. Kamminga,* 34 F.3d 466 (7th Cir. 1994), Plaintiff failed to comply in the time allotted; therefore, the Court has rendered the following decision:

**IT IS ORDERED AND ADJUDGED** this action is dismissed for failure to comply with an order of this Court. Judgment is entered in favor of Defendants and against Plaintiff. Plaintiff shall take nothing from this action.

June 12, 2006                              By:     **s/ WILLIAM D. STIEHL**
*Date*                                                   *District Judge*